

## Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

December 21, 2022

**BY ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Sq.
New York, New York 10007



Re: Maddy v. Ling Skincare Ltd.; 1:22-cv-7689-KPF

To the Honorable Judge Failla:

Plaintiff submits this letter-motion respectfully to seek an adjournment of the initial pretrial conference, currently scheduled for December 22, 2022. Plaintiff has not been in communication with the Defendant thus far. Despite numerous attempts to effectuate service upon the Defendant, Plaintiff has been unsuccessful. As such, Plaintiff requests an additional 45 days to effectuate service upon the Defendant, and for the initial pretrial conference to be adjourned to a date of February 28, 2023 to allow time for the Defendant to appear. This is the first time this relief is being requested.

Plaintiff thanks the Court for its attention and consideration herein.

**Respectfully,**

**/s/ Mars Khaimov**

```
Application GRANTED.  Plaintiff's deadline to effectuate service
is hereby extended to February 6, 2023.  Additionally, the
initial pre-trial conference currently scheduled for December 22,
2022, is hereby ADJOURNED to February 28, 2023, at 3:00 p.m.  The
Clerk of Court is directed to terminate the pending motion at
docket number 6.

Dated:     December 21, 2022          SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE