

| | |
|---|---|
| | 108-26 64th Avenue, Second Floor |
| | Forest Hills, NY 11375 |
| | Tel.: 929.324.0717 |
| **Mars Khaimov Law, PLLC** | Fax: 929.333.7774 |
| | E-mail: mars@khaimovlaw.com |

<u>VIA ECF</u>
Honorable Katherine Polk Failla
United States District Magistrate
Southern District of New York
40 Foley Square
New York, NY 10007

February 27, 2023

   Re: <u>Maddy v. Ling Skincare Ltd.</u>
     <u>Case No. 1:22-cv-7689</u>



Dear Judge Failla:

  Plaintiff submits this letter-motion seeking an adjournment of the conference scheduled for February 28, 2023. Plaintiff has not been in contact with the Defendant herein. As such, Plaintiff requests a thirty-day adjournment of the conference, up to and until March 28, 2023. Plaintiff will attempt to contact Defendant in the interim and inquire whether or not Defendant will participate in the action. If not, Plaintiff will move for a default judgment prior to the next conference date. This is the second time this relief is being requested.

  We thank the Court for its attention and consideration herein.

              Respectfully submitted,

              Mars Khaimov, Esq.

```
Application GRANTED.  The conference currently scheduled for
February 28, 2023, is hereby ADJOURNED to March 28, 2023, at 2:30
p.m.

The Clerk of Court is directed to terminate the pending motion at
docket number 9.

Dated:     February 27, 2023           SO ORDERED.
           New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE