**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

VERONICA MADDY, on behalf of himself
and all others similarly situated,
      Plaintiff,

              Case 1:22-cv-7689

 -against-          **PROPOSED DEFAULT JUDGMENT**

LING SKINCARE, LTD.

      Defendant,
_____

This action having been commenced on September 9, 2022, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant, on February 3, 2023, and a proof of service having been filed on February 3, 2023, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is:

    **ORDERED, ADJUDGED AND DECREED:**

    a.  A preliminary and permanent injunction to prohibit Defendant from violating the Americans with Disabilities Act, 42 U.S.C. §§ 12182, *et seq.,* N.Y. Exec. Law § 296, *et seq.,* N.Y.C. Administrative Code § 8-107, *et seq.*, and the laws of New York, is hereby granted as follows:

    A preliminary and permanent injunction requiring Defendant to take all the steps necessary to make its Website into full compliance with the

    requirements set forth in the ADA, and its implementing regulations, so that

    the Website is readily accessible to and usable by blind individuals;

 b.  A declaration that Defendant owns, maintains and/or operates its Website in a manner that discriminates against the blind and which fails to provide access for persons with disabilities as required by Americans with Disabilities Act, 42 U.S.C. §§ 12182, *et seq.,* N.Y. Exec. Law § 296, *et seq.*, N.Y.C. Administrative Code § 8-107, *et seq.*, and the laws of New York;

 c.  An order certifying the Class and Sub-Classes under Fed. R. Civ. P. b)(2) and/or (b)(3), appointing Plaintiff as Class Representative, and her attorneys as Class Counsel;

 d.  Compensatory damages in the amount of $1,000 including all applicable

    statutory and punitive damages and fines, to Plaintiff and the proposed class

    and subclasses for violations of their civil rights under New York State

    Human Rights Law and City Law;

 e.  Pre and post-judgment interest;

 f.  An award of costs and expenses of this action together with reasonable

    attorneys' and expert fees;

 g.  A hearing to be held in the courthouse to determine the specific amount of

    damages, civil penalties, and reasonable attorney fees; and

 h.  Such other and further relief as this Court may deem just, proper and

    equitable.

Dated: April 12, 2023

New York, New York

                                                  _____
                                                  Hon. Katherine Polk Failla
                                                  United States District Judge