UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, on behalf of herself and all others similarly situated,

        Plaintiffs,

-against-

LING SKINCARE LTD.

        Defendant.

Case No. 1:22-cv-7689

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**MEMO ENDORSED**

IT IS HEREBY STIPULATED AND AGREED TO by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal without prejudice may be entered in the above entitled action pursuant hereto.

    Dated:    Forest Hills, New York
                 June 1, 2023

                                    Respectfully Submitted,

                                    **/s/ Mars Khaimov**

                           By:    Mars Khaimov, Esq.
                                   108-26 64th avenue, Second Floor
                                   Forest Hills, New York 11375
                                   Tel (929) 324-0717
                                   Fax (929) 333-7774
                                   Email: mars@khaimovlaw.com
                                   *Attorney for Plaintiff*

Dated:    June 1, 2023
              New York, New York

SO ORDERED.

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE